# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

**Trustee's Final Report**

In Re:   GARY E. EDGREN & SUSANNE L. EDGREN                    Case Number: 04-74416
         6311 PENGUIN DRIVE                                    SSN-xxx-xx-8641 & xxx-xx-9451
         ROCKFORD, IL  61109

                                                               Case filed on:         9/2/2004
                                                               Plan Confirmed on:    11/12/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $166,200.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | BENEFICIAL ILLINOIS INC | 0.00 | 0.00 | 44,550.00 | 0.00 |
| 003 | BENEFICIAL ILLINOIS INC | 0.00 | 0.00 | 22,050.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 66,600.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 998 | GARY E. EDGREN | 0.00 | 0.00 | 21.22 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 21.22 | 0.00 |
| 001 | AMCORE BANK NA | 33,550.00 | 33,550.00 | 33,550.00 | 2,408.29 |
| 004 | BENEFICIAL ILLINOIS INC | 988.48 | 500.00 | 500.00 | 0.00 |
| 005 | WFS FINANCIAL | 4,675.00 | 4,675.00 | 4,675.00 | 335.57 |
|  | Total Secured | 39,213.48 | 38,725.00 | 38,725.00 | 2,743.86 |
| 001 | AMCORE BANK NA | 8,582.08 | 8,582.08 | 8,582.08 | 0.00 |
| 005 | WFS FINANCIAL | 5,732.63 | 5,732.63 | 5,732.63 | 0.00 |
| 006 | ADVANCE CASH EXPRESS | 975.00 | 975.00 | 975.00 | 0.00 |
| 007 | ASPIRE VISA | 2,086.31 | 2,086.31 | 2,086.31 | 0.00 |
| 008 | RESURGENT CAPITAL SERVICES | 808.65 | 808.65 | 808.65 | 0.00 |
| 009 | CAPITAL ONE | 1,031.18 | 1,031.18 | 1,031.18 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 481.40 | 481.40 | 481.40 | 0.00 |
| 011 | RESURGENT CAPITAL SERVICES | 236.70 | 236.70 | 236.70 | 0.00 |
| 012 | SHERMAN ACQUISITION | 7,942.89 | 7,942.89 | 7,942.89 | 0.00 |
| 013 | CITIFINANCIAL MORTGAGE COMPANY | 490.68 | 490.68 | 490.68 | 0.00 |
| 014 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DISCOVER FINANCIAL SERVICES | 3,086.74 | 3,086.74 | 3,086.74 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 1,273.14 | 1,273.14 | 1,273.14 | 0.00 |
| 017 | HILLCREST ANIMAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 317.60 | 317.60 | 317.60 | 0.00 |
| 019 | ECAST SETTLEMENT CORPORATION | 1,902.68 | 1,902.68 | 1,902.68 | 0.00 |
| 020 | ECAST SETTLEMENT CORPORATION | 2,106.46 | 2,106.46 | 2,106.46 | 0.00 |
| 021 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | JAMIE L. MILOS, D.D.S. | 303.50 | 303.50 | 303.50 | 0.00 |
| 023 | ECAST SETTLEMENT CORPORATION | 885.89 | 885.89 | 885.89 | 0.00 |
| 024 | PHILLIPS 66 | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | RESURGENT CAPITAL SERVICES | 2,125.62 | 2,125.62 | 2,125.62 | 0.00 |
| 026 | RESURGENT CAPITAL SERVICES | 244.94 | 244.94 | 244.94 | 0.00 |
| 027 | SPIEGEL CHARGE / FCNB | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | SPIEGEL CHARGE / FCNB | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | AFNI/VERIZON | 157.26 | 157.26 | 157.26 | 0.00 |
| 031 | WELLS FARGO FINANCIAL | 819.56 | 819.56 | 819.56 | 0.00 |
| 032 | ECAST SETTLEMENT CORPORATION | 1,779.34 | 1,779.34 | 1,779.34 | 0.00 |
| 033 | CREDIT CARD SERVICES | 5,586.79 | 5,586.79 | 5,586.79 | 0.00 |
| 034 | WORLD FINANCIAL NETWORK NATIONAL BANK | 484.23 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 49,441.27 | 48,957.04 | 48,957.04 | 0.00 |
|  | Grand Total: | 91,354.75 | 90,382.04 | 157,003.26 | 2,743.86 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $159,747.12 |
| Trustee Allowance: | $6,452.88 |
| Percent Paid Unsecured: | 100.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　　  /s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008　　　　　　By  /s/Heather M. Fagan